No. 615. BERGER *v.* NEW YORK. Ct. App. N. Y. (Certiorari granted, 385 U. S. 967.) Motion of New York Civil Liberties Union for leave to participate in oral argument, as *amicus curiae,* denied. *John J. McAvoy* on the motion.

No. 987, Misc. AZZONE *v.* TAHASH, WARDEN;
No. 1332, Misc. GIFFEN *v.* CALIFORNIA; and
No. 1338, Misc. HODGE *v.* POWERS. Motions for leave to file petitions for writs of habeas corpus denied.

No. 846, Misc. PETERS *v.* NEW YORK. Appeal from Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* granted and probable jurisdiction noted. Case transferred to appellate docket and set for argument immediately following No. 1139. *Robert S. Friedman* on the motion.

No. 962. HARDIN, MAYOR OF TAZEWELL, ET AL. *v.* KENTUCKY UTILITIES Co.;
No. 1056. POWELL VALLEY ELECTRIC COOPERATIVE *v.* KENTUCKY UTILITIES Co.; and
No. 1063. TENNESSEE VALLEY AUTHORITY *v.* KENTUCKY UTILITIES Co. C. A. 6th Cir. Certiorari granted. Cases are consolidated and a total of two hours allotted for oral argument. *Philip P. Ardery* for petitioners in No. 962. *Clyde Y. Cridlin* for petitioner in No. 1056. *Solicitor General Marshall* and *Charles J. McCarthy* for petitioner in No. 1063. *Squire R. Ogden* for respondent in all three cases. Reported below: 375 F. 2d 403.